IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>LORRAINE C. BLACKBURN, et al.,<br><br>    Defendants. | Case No. 21-cv-06160-CRB<br><br>**JUDGMENT** |

Having granted Defendants' motion to dismiss for lack of jurisdiction, see Order Granting MTD (dkt. 29), the Court hereby enters judgment for Defendants Lorraine C. Blackburn and Double D's Sports Grille, Inc. and against Plaintiff Scott Johnson.

**IT IS SO ORDERED.**

Dated: February 11, 2022

CHARLES R. BREYER
United States District Judge